SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
EDMOND NEAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAY JAY SIYARAM, INC.; SPSM INC.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-06596-MWF (AJRx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JAY JAY SIYARAM, INC.** |

**PLEASE TAKE NOTICE** that Plaintiff EDMOND NEAL ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant JAY JAY SIYARAM, INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

1  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary
2  judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: October 31, 2024                    SO. CAL. EQUAL ACCESS GROUP

                                           By:    /s/  Jason J. Kim
                                                  Jason J. Kim
                                                  Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**